NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

QUINTON LAMPKIN, a/k/a             )
QUINTON DEISHAWN LAMPKIN,          )
                                   )
            Appellant,             )     Case No.   2D16-5359
                                   )                2D16-5361
v.                                 )                2D16-5363
                                   )                2D16-5366
STATE OF FLORIDA,                  )                2D16-5367
                                   )                2D16-5368
            Appellee.              )
_____)     CONSOLIDATED

Opinion filed June 21, 2019.

Appeal from the Circuit Court for Pasco
County; Pat Siracusa, Judge.

Charles E. Lykes, Jr., Clearwater, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Michael Schaub,
Assistant Attorney General, Tampa, for
Appellee.

PER CURIAM.

            Affirmed.

LaROSE, C.J., and SILBERMAN and VILLANTI, JJ., Concur.